

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Brittany K. Lazzaro**
212.216.1130 Direct Dial
blazzaro@tarterkrinsky.com

October 17, 2018

**BY ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

    Re:    **James Murphy v. Fivestory New York, LLC**
              **Civil Action No. 1:18-cv-06934-RA**

Dear Judge Abrams:

    This office represents Defendant, Fivestory New York, LLC ("Defendant"), in the above-referenced matter. Pursuant to Your Honor's Order, dated October 15, 2018 (ECF Doc. No. 14), Defendant writes with the consent of counsel for Plaintiff, James Murphy ("Plaintiff"), to request this Court to retain jurisdiction over the parties' settlement agreement.

    Accordingly, enclosed herewith is a true and correct copy of the Settlement Agreement, dated October 10, 2018, between Plaintiff and Defendant, in order for this Court to retain jurisdiction over such.

    In closing, we thank the Court for its consideration in this matter.

                                    Respectfully submitted,

                                    **TARTER KRINSKY & DROGIN LLP**

                                    Brittany K. Lazzaro

cc:    All Counsel of Record (via ECF)